NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHNNY J. TOLBERT, JR.,**
*Petitioner*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent*

---

2015-3162

---

Petition for review of an arbitrator's decision in No. FMCS 14-54716-3.

---

## JUDGMENT

---

AARON LOUIS MARTIN, Martin Law Firm, Fayetteville, AR, argued for petitioner.

DANIEL KENNETH GREENE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., SCOTT D. AUSTIN; JOHN T. LEMASTER, Federal Bureau of Prisons, United States Department of Justice.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, MOORE, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


June 13, 2016
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court